STATEMENT OF ACCOUNT - BURKE DECOR LLC
November 14, 2024

EXHIBIT "B"

| Cus Acct # | Invoice # | Inv Date | Age | Inv Amt |
|---|---|---|---|---|
| 451942808 | 216890280 | 06/15/23 | 518 | $3,587.70 |
| 451942808 | 217113611 | 06/22/23 | 511 | $468.21 |
| 451942808 | 217335565 | 06/29/23 | 504 | $80.76 |
| 451942808 | 217545230 | 07/06/23 | 497 | $51.70 |
| 451942808 | 217744065 | 07/13/23 | 490 | $163.74 |
| 451942808 | 217954583 | 07/20/23 | 483 | $427.63 |
| 451942808 | 218181821 | 07/27/23 | 476 | $302.79 |
| 451942808 | 218381681 | 08/02/23 | 470 | $122.47 |
| 451942808 | 218401395 | 08/03/23 | 469 | $433.96 |
| 451942808 | 218616631 | 08/10/23 | 462 | $191.35 |
| 451942808 | 218826004 | 08/17/23 | 455 | $463.63 |
| 451942808 | 219044565 | 08/24/23 | 448 | $96.51 |
| 451942808 | 219268926 | 08/31/23 | 441 | $470.30 |
| 451942808 | 219476705 | 09/07/23 | 434 | $2,926.54 |
| 451942808 | 219689368 | 09/14/23 | 427 | $1,510.16 |
| 451942808 | 770000559 | 03/23/22 | 967 | -$12,623.36 |
| 451942808 | 798466387 | 12/21/22 | 694 | $0.00 |
| 451942808 | 799189190 | 12/28/22 | 687 | $10,713.78 |
| 451942808 | 803297188 | 02/08/23 | 645 | $42,259.48 |
| 451942808 | 804732026 | 02/22/23 | 631 | $66,543.26 |
| 451942808 | 805389309 | 03/01/23 | 624 | $64,392.70 |
| 451942808 | 806173278 | 03/08/23 | 617 | $68,076.03 |
| 451942808 | 806873041 | 03/15/23 | 610 | $80,508.81 |
| 451942808 | 807655923 | 03/22/23 | 603 | $52,222.06 |
| 451942808 | 808275840 | 03/29/23 | 596 | $51,172.81 |
| 451942808 | 809001545 | 04/05/23 | 589 | $51,780.64 |
| 451942808 | 809807876 | 04/12/23 | 582 | $48,086.28 |
| 451942808 | 810443860 | 04/19/23 | 575 | $60,922.59 |
| 451942808 | 811217829 | 04/26/23 | 568 | $61,049.41 |
| 451942808 | 811892849 | 05/03/23 | 561 | $64,010.30 |
| 451942808 | 812666321 | 05/10/23 | 554 | $49,496.15 |
| 451942808 | 813424369 | 05/17/23 | 547 | $49,211.93 |
| 451942808 | 814138768 | 05/24/23 | 540 | $51,966.82 |
| 451942808 | 814775960 | 05/31/23 | 533 | $48,478.64 |
| 451942808 | 815480370 | 06/07/23 | 526 | $44,193.30 |
| 451942808 | 816226757 | 06/14/23 | 519 | $197.13 |
| 451942808 | 816226758 | 06/14/23 | 519 | $79,657.51 |
| 660192751 | 816257377 | 06/13/23 | 520 | $41.60 |
| 451942808 | 816912349 | 06/21/23 | 512 | $52,584.09 |
| 660192751 | 816970798 | 06/20/23 | 513 | $40.00 |
| 660192751 | 817589987 | 06/27/23 | 506 | $20.00 |
| 451942808 | 817613041 | 06/28/23 | 505 | $466.37 |
| 451942808 | 817613042 | 06/28/23 | 505 | $47,446.75 |
| 451942808 | 818293595 | 07/05/23 | 498 | $3,907.72 |
| 451942808 | 818293596 | 07/05/23 | 498 | $52,787.01 |
| 660192751 | 818323631 | 07/04/23 | 499 | $20.00 |
| 660192751 | 818941474 | 07/11/23 | 492 | $20.00 |
| 451942808 | 818962449 | 07/12/23 | 491 | $58.97 |
| 451942808 | 818962450 | 07/12/23 | 491 | $59,551.41 |
| 451942808 | 819627081 | 07/19/23 | 484 | $70,665.96 |
| 660192751 | 819630065 | 07/18/23 | 485 | $23.20 |
| 451942808 | 819627082 | 07/19/23 | 484 | $6,344.44 |
| 451942808 | 820391965 | 07/26/23 | 477 | $60,184.64 |
| 660192751 | 820421908 | 07/25/23 | 478 | $43.20 |
| 451942808 | 821055981 | 08/02/23 | 470 | $25.64 |
| 451942808 | 821055982 | 08/02/23 | 470 | $50,980.18 |
| 660192751 | 821118128 | 08/01/23 | 471 | $41.60 |
| 451942808 | 821814702 | 08/09/23 | 463 | $25.73 |
| 451942808 | 821814703 | 08/09/23 | 463 | $44,427.24 |
| 660192751 | 821877833 | 08/08/23 | 464 | $41.60 |
| 451942808 | 822511501 | 08/16/23 | 456 | $762.22 |
| 451942808 | 822511502 | 08/16/23 | 456 | $79,372.16 |
| 660192751 | 822601586 | 08/15/23 | 457 | $41.60 |
| 451942808 | 823321991 | 08/23/23 | 449 | $220.39 |
| 451942808 | 823321992 | 08/23/23 | 449 | $25,289.51 |
| 660192751 | 823325533 | 08/22/23 | 450 | $41.60 |
| 451942808 | 823321993 | 08/23/23 | 449 | $53.80 |
| 451942808 | 823321994 | 08/23/23 | 449 | $205.43 |
| 451942808 | 824015109 | 08/30/23 | 442 | $4,519.60 |
| 451942808 | 824015110 | 08/30/23 | 442 | $12,791.90 |
| 451942808 | 824690891 | 09/06/23 | 435 | $6,858.86 |
| 451942808 | 824690892 | 09/06/23 | 435 | $13.78 |
| 451942808 | 825398368 | 09/13/23 | 428 | $4,580.91 |
| 451942808 | 826061551 | 09/20/23 | 421 | $7,822.57 |
| 660192751 | 965782185 | 08/29/23 | 443 | $0.00 |
| 451942808 | 965801347 | 09/04/23 | 437 | $9.80 |
| 660192751 | 965826556 | 09/05/23 | 436 | $0.00 |
| 660192751 | 965871960 | 09/12/23 | 429 | $0.00 |
| 660192751 | 965919746 | 09/19/23 | 422 | $0.00 |
| 451942808 | 965927886 | 09/21/23 | 420 | $36.04 |
| 660192751 | 965964865 | 09/26/23 | 415 | $0.00 |
| 451942808 | 826812445 | 09/27/23 | 414 | $3,089.29 |
| 451942808 | 965972526 | 09/28/23 | 413 | $6.82 |
| 451942808 | 220362836 | 10/05/23 | 406 | $63.91 |
| 451942808 | 827542152 | 10/04/23 | 407 | $4,364.28 |
| 451942808 | 828265902 | 10/11/23 | 400 | $1,896.25 |
| 451942808 | 966062709 | 10/12/23 | 399 | $231.39 |
| 451942808 | 829010290 | 10/18/23 | 393 | $2,081.80 |
| 451942808 | 966106121 | 10/19/23 | 392 | $119.61 |
| 451942808 | 829743249 | 10/25/23 | 386 | $1,403.99 |
| 451942808 | 830375993 | 11/01/23 | 379 | $452.75 |
| 451942808 | 831184463 | 11/08/23 | 372 | $1,176.45 |
| 451942808 | 966222238 | 11/07/23 | 373 | $0.00 |
| 451942808 | 831794587 | 11/15/23 | 365 | $1,221.48 |

```
451942808   832510096   11/22/23   358 $2,964.29
451942808   833904907   12/06/23   344   $928.76
451942808   833259495   11/29/23   351 $1,298.28
451942808   834602591   12/13/23   337 $1,698.88
451942808   835433683   12/20/23   330   $363.96
451942808   836107424   12/27/23   323 $1,685.68
451942808   836716885   01/03/24   316   $226.75
451942808   837376947   01/10/24   309 $1,202.40
451942808   838032447   01/17/24   302 $1,391.47
451942808   838650027   01/24/24   295   $859.96
728725575   220573810   10/12/23   399    $86.28
728725575   220651763   10/16/23   395    $14.53
728725575   222101420   11/30/23   350    $14.53
728725575   222352216   12/08/23   342    $14.53
451942808   839463410   01/31/24   288   $889.79
728725575   966267136   11/14/23   366     $6.90
451942808   840179189   02/07/24   281   $825.21
451942808   840892602   02/14/24   274 $1,163.38
451942808   841546086   02/21/24   267   $734.27
451942808   842302519   02/28/24   260   $318.97
451942808   225131598   03/11/24   248    $44.67
451942808   843018934   03/06/24   253 $1,720.89
451942808   843651033   03/13/24   246 $2,932.43
451942808   844394542   03/20/24   239   $927.09
451942808   967112510   03/27/24   232    $50.67
451942808   845827356   04/03/24   225   $309.48
451942808   967200082   04/10/24   218   $132.72
451942808   967209794   04/11/24   217     $0.00
451942808   847294573   04/17/24   211   $248.14
451942808   847948010   04/24/24   204 $1,000.35
451942808   848627240   05/01/24   197   $175.15
451942808   849338859   05/08/24   190   $562.96
451942808   850096978   05/15/24   183   $446.13
451942808   850744790   05/22/24   176   $221.20
451942808   851433321   05/29/24   169   $101.90
451942808   967545774   06/05/24   162    $14.01
451942808   967593715   06/12/24   155    $43.18
451942808   853496367   06/19/24   148 $1,845.44
451942808   967691789   06/26/24   141    $17.58
451942808   967732788   07/03/24   134     $2.18
451942808   967864598   07/24/24   113   $144.78



             Total Inv Amt    $1,680,076.41
             Collection Fees    $243,740.62
                     Total    $1,923,817.03



        Prepared By   _____



        Reviewed By   _____
```